UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BROOKE HARVEY, individually and on behalf of all others similarly situated,<br><br>v.<br><br>COMMUNITY HEALTH NETWORK, INC. | Case No. 1:22-cv-00659-RLM-MJD<br>FLSA Collective Action<br>Fed. R. Civ. P. 23 Class Action<br><br>Judge Robert L. Miller, Jr.<br><br>Magistrate Judge Mark J. Dinsmore |

## HARVEY'S UNOPPOSED MOTION FOR
## PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT

Brooke Harvey requests the Court approve the settlement reached in this class and collective action case. The Settlement Agreement represents the culmination of her and her counsel's investigation, litigation, and negotiation. It completely resolves her, and the rest of the proposed class and collective's, claims at issue in this lawsuit. Once approved, it will provide meaningful relief to Harvey and similarly situated employees of Community Health.

Harvey brought this suit alleging that Community Health failed to pay her and other similarly situated employees their wages, including overtime, after a payroll outage, in violation of the Fair Labor Standards Act (FLSA) and Indiana law. The proposed class and collective settlement resolves all claims at issue and meets all the criteria for preliminary approval. The proposed Settlement Agreement is fair, adequate, and reasonable. It will result in considerable payments to class members; it is non-collusive; and it was achieved as the result of informed, extensive, and arm's length negotiations conducted by counsel for the respective Parties who are experienced in wage and hour class action litigation and overseen by an experienced class wage and hour mediator.

To effectuate the settlement and distribute funds to settlement class, Plaintiff requests that the Court (1) preliminarily approve the Settlement Agreement, (2) certify the proposed class

and collective for settlement purposes only, (3) sign the proposed Preliminary Approval Order, (4) approve and authorize mailing/emailing of the proposed Class Notice of Proposed Class and Collective Action Settlement, and (5) set a date for a final approval hearing at least 75 days after the order granting Preliminary Approval.

Date: March 24, 2023

Respectfully submitted,

By: */s/ Matthew S. Parmet*
_____
**Matthew S. Parmet**
TX Bar # 24069719
**PARMET PC**
2 Greenway Plaza, Ste. 250
Houston, TX 77046
phone 713 999 5228
matt@parmet.law

**J. Corey Asay**
IN Bar # 28453-49
**MORGAN & MORGAN**
333 W. Vine Street, Suite 1200
Lexington, KY 40507
Tel: 859 286 8368
Fax: 859 286 8384
Email: CAsay@forthepeople.com

**Attorneys for Plaintiffs**