UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BROOKE HARVEY, individually and on behalf of all others similarly situated,<br><br>v.<br><br>COMMUNITY HEALTH NETWORK, INC. | Case No. 1:22-cv-00659-TWP-MJD<br>FLSA Collective Action<br>FED. R. CIV. P. 23 Class Action<br><br>Chief Judge Tanya Walton Pratt<br><br>Magistrate Judge Mark J. Dinsmore |

## HARVEY'S UNOPPOSED MOTION FOR
## FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Brooke Harvey requests the Court finally approve the settlement reached in this class and collective action case. The Settlement Agreement represents the culmination of her and her counsel's investigation, litigation, and negotiation. It completely resolves her, and the rest of the proposed class and collective's, claims at issue in this lawsuit. Once approved, it will provide meaningful relief to Harvey and similarly situated employees of Community Health.

Harvey brought this suit alleging that Community Health failed to pay her and other similarly situated employees their wages, including overtime, after a payroll outage, in violation of the Fair Labor Standards Act (FLSA) and Indiana law. The proposed settlement resolves all claims at issue and meets all the criteria for final approval. It is fair, adequate, and reasonable, and it will result in considerable payments to class members. Further, the parties were represented by counsel experienced in wage-and-hour class and collective action litigation. And the settlement was achieved as the result of informed, extensive, and arm's length negotiations overseen by an experienced class and collective wage-and-hour mediator.

The settlement is overwhelmingly supported by the class. After the full notice period to 16,454 class members, only 20 individuals (0.12% of the class) have excluded themselves. And just

a single individual (0.006% of the class) filed an objection—which did not relate to the fairness or reasonableness of the settlement.

For these reasons, as more fully addressed in Harvey's brief and supported by the evidence, the Court should enter an order finally approving this settlement.

Respectfully submitted,

*/s/ Matthew S. Parmet*
By: _____
**Matthew S. Parmet**
TX Bar # 24069719
**PARMET PC**
2 Greenway Plaza, Ste. 250
Houston, TX 77046
phone  713 999 5228
matt@parmet.law

**Andrew R. Frisch**
FL Bar # 027777
(*admitted pro hac vice*)
**MORGAN & MORGAN, P.A.**
8151 Peters Road, Suite 4000
Plantation, Florida 33324
Telephone: (954) WORKERS
Facsimile: (954) 327-3013
Email: AFrisch@forthepeople.com

**C. Ryan Morgan, Esq.**
FL Bar # 0015527
(*admitted pro hac vice*)
**MORGAN & MORGAN, P.A.**
20 N. Orange Ave., 15th Floor
Orlando, Florida 32801
Telephone:     (407) 420-1414
Email:          rmorgan@forthepeople.com

**Attorneys for Plaintiffs and the Class**

CERTIFICATE OF CONFERENCE

Prior to filing this Motion, I conferred with Defendant's counsel, who confirmed that Defendant is unopposed to the relief sought herein.

*/s/ Matthew S. Parmet*
_____
Matthew S. Parmet