# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| BROOKE HARVEY, individually and on behalf of all others similarly situated,<br><br>v.<br><br>COMMUNITY HEALTH NETWORK, INC. | **Case No. 1:22-cv-00659-TWP-MJD**<br>FLSA Collective Action<br>FED. R. CIV. P. 23 Class Action<br><br>Chief Judge Tanya Walton Pratt<br><br>Magistrate Judge Mark J. Dinsmore |

**PLAINTIFF'S NOTICE OF EXCLUSIONS FROM CLASS ACTION SETTLEMENT**

Plaintiff Brooke Harvey notifies the Court of the following individuals who have submitted exclusions from the proposed class action settlement:

1. Gabrielle Barga
2. Joseph Bigelow
3. Luann Bigelow
4. Rebecca Carey
5. Heidi Conner
6. Cara Cripe
7. Sue Ferguson
8. Jennifer Fletcher
9. Sakyajit Gogoi
10. July Holbert
11. Sylove Justice
12. Sandra Kidwell
13. Anna Lorenzetto
14. Michael McElyea

15. Kelli Myers

16. Vicenta Nichols

17. Jo Ann Risse

18. Laurie Slawta

19. Jullie Smith

20. Lynn Stewart

Respectfully submitted,

By: */s/ Matthew S. Parmet*
 **Matthew S. Parmet**
 TX Bar # 24069719
**PARMET PC**
2 Greenway Plaza, Ste. 250
Houston, TX 77046
phone  713 999 5228
matt@parmet.law

**Andrew R. Frisch**
FL Bar # 027777
(*admitted pro hac vice*)
**MORGAN & MORGAN, P.A.**
8151 Peters Road, Suite 4000
Plantation, Florida 33324
Telephone: (954) WORKERS
Facsimile: (954) 327-3013
Email: AFrisch@forthepeople.com

**C. Ryan Morgan, Esq.**
FL Bar # 0015527
(*admitted pro hac vice*)
**MORGAN & MORGAN, P.A.**
20 N. Orange Ave., 15th Floor
Orlando, Florida 32801
Telephone:   (407) 420-1414
Email:   rmorgan@forthepeople.com

**Attorneys for Plaintiffs and the Putative Class**