UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BROOKE HARVEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:22-cv-00659-TWP-MJD |
| ) | |
| COMMUNITY HEALTH NETWORK, INC., ) | |
| ) | |
| Defendant. ) | |

**ENTRY FOLLOWING FAIRNESS HEARING HELD SEPTEMBER 7, 2023**
**THE HONORABLE TANYA WALTON PRATT, CHIEF JUDGE**

This matter is before the Court regarding the fairness and adequacy of the proposed settlement. Matthew Scott Parmet, Andrew R. Frisch and C. Ryan Morgan appeared on behalf of all Plaintiffs. Christopher C. Murray and Michael Carl Mohler appeared on behalf of Defendant. The Court Reporter was David Moxley.

No objectors or members of the public appeared.

Attorney Parmet presented argument in support of Harvey's Unopposed Motion for Final Approval of Class Action Settlement (Filing No. 98).

Counsel for Defendant Mohler agreed with the argument in support.

The Court found the settlement fair and reasonable and will grant Harvey's Unopposed Motion for Final Approval of Class Action Settlement (Filing No. 98).

Counsel for plaintiff will file a proposed order in CM/ECF and email a Word version of proposed order to the courtroom deputy clerk for the Court's consideration.

IT IS SO ORDERED.

Date: 9/8/2023

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Andrew R. Frisch
MORGAN & MORGAN
afrisch@forthepeople.com

Christina M. Kamelhair
Ogletree Deakins
christina.kamelhair@ogletree.com

Michael Carl Mohler
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
michael.mohler@ogletree.com

C. Ryan Morgan
MORGAN & MORGAN PA
rmorgan@forthepeople.com

Christopher C. Murray
Ogletree Deakins
christopher.murray@ogletree.com

Matthew Scott Parmet
Parmet PC
matt@parmet.law