UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BROOKE HARVEY, individually and on behalf of all others similarly situated,<br><br>v.<br><br>COMMUNITY HEALTH NETWORK, INC. | Case No. 1:22-cv-00659-TWP-MJD<br>FLSA Collective Action<br>FED. R. CIV. P. 23 Class Action<br><br>Chief Judge Tanya Walton Pratt<br><br>Magistrate Judge Mark J. Dinsmore |

## FINAL JUDGMENT

This certified Rule 23 class and FLSA collective action is hereby DISMISSED WITH PREJUDICE, and judgment is entered in accordance with the Settlement Agreement and the Order Granting Final Approval of Class Action Settlement. Without affecting the finality of this Judgment, the Court reserves jurisdiction over the class representative, the settlement class and collective, and Defendant as to all matters concerning administration, consummation, and enforcement of the Settlement Agreement.

This action is closed.

Date: 9/18/2023

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

> Service of this document will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.